AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     **DELAWARE**

UNITED STATES OF AMERICA

V.

WILLIAM A. PHILLIPS,

**WARRANT FOR ARREST**

Case Number: 08-31-UNA

To: The United States Marshal
and any Authorized United States Officer

SEALED UNSEALED 2/27/08 /JJF

YOU ARE HEREBY COMMANDED to arrest     **WILLIAM A. PHILLIPS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

ATTEMPTED TRANSMISSION OF CHILD PORN BY A COMPUTER, et al.

US MARSHALS SERVICE WILMINGTON, DELAWARE 2008 FEB 26 P 3:01 RECEIVED

in violation of Title    **18, et al.,**    United States Code, Section(s)    **2252A(a)(1), et al.**

PETER T. DALLEO
Name of Issuing Officer

[signature]
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

2/26/2008    at WILMINGTON, DE
Date and Location

FILED
FEB 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-26-08 | William David, DUSM | [signature] |
| DATE OF ARREST 2-27-08 | | |