AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

**WITNESS AND EXHIBIT RECORD**   Detention Hrg.

| DATE 2/29/08 | CASE NUMBER CR08-31-UNA | OPERATOR Kincaid | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Govt 1 | Print out of screen capture websites / downloads | only | |
| Govt 2 | Photo of Deft. residence | only | |
| Deft #1 | Stipulation of facts for Deft. release. | only | |

FILED
FEB 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE