IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  WILLIAM A. PHILLIPS     CASE NO. CR 08-31-JJF

The defendant,  WILLIAM A. PHILLIPS , having been scheduled for arraignment on  FEBRUARY 29, 2008

a continuance having been requested by  DEFENDANT'S COUNSEL

for the following reasons:  SCHEDULING PURPOSES

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to   MARCH 13, 2008

(2) The period between FEBRUARY 29TH  and   MARCH 13, 2008

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 3/13/08

[Signature]

FILED
MAR 13 2008
U S DISTRICT COURT
DISTRICT OF DELAWARE