OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

March 14, 2008

John Deckers, Esq.
800 N. King Street
Suite 302
Wilmington, DE 19801

        RE: USA v. WILLIAM A. PHILLIPS
           CR 08-31-JJF

Dear Mr. Deckers:

    Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above matter. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office within 45 days, with the enclosed worksheets, for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

                                Sincerely,
                                PETER T. DALLEO, CLERK

                              BY: _____
                                  Deputy Clerk

PTD/bkb
enclosure

cc: Edmond Falgowski, AUSA

FILED
MAR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 MAR 14 PM 12:41
CLERK U.S. DISTRICT
DISTRICT OF DELAWARE
FILED