IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-31-JJF |
| WILLIAM A. PHILLIPS, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant filed a Motion For Expansion of Time to File Pre-Trial Motions (D.I. 14);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion For Expansion of Time to File Pre-Trial Motions (D.I. 14) is **GRANTED**.

2. The deadline for Defendant to file pretrial motions is extended until **April 28, 2008**.

3. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, May 7, 2008 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

4. The time between the date of this Order and **May 7, 2008**, shall be excludable under the Speedy Trial Act (18 U.S.C. §3161 et seq.) in the interests of justice.

April 14, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE