IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-031 JJF |
| WILLIAM PHILLIPS, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on May 7, 2008, the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing or a Rule 11 hearing will be held on **September 12, 2008 at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware;

IT IS FURTHER ORDERED, if a plea agreement is not reached:

1) A Pretrial Conference will be held on **October 8, 2008 at 10:00 a.m.**

2) Trial will commence on **October, 15, 2008 at 9:30 a.m.**

3) The time between May 7, 2008 and September 12, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 15, 2008
DATE

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE