IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-31 JJF |
| | ) | |
| WILLIAM A. PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO UNSEAL SUPERSEDING INDICTMENT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Superseding Indictment in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated:

IT IS SO ORDERED this 30th day of June, 2008.

_____
Honorable Leonard P. Stark
United States Magistrate Judge