IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-31-JJF |
| | ) | |
| WILLIAM A. PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

SEALED  Unsealed  116 6/30/19

**MOTION AND ORDER TO SEAL SUPERSEDING INDICTMENT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the SUPERSEDING Indictment in this case be **sealed** until further order of the Court, with the exception that Government be permitted to notify victims and their families of the existence and nature of the charges, and to provide copies of the Indictment to the defendant and his attorney, and to the New Castle County Police Department and the FBI, the joint investigative agencies.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: June 24, 2008

**AND NOW**, to wit, this 24th day of June, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be **sealed** until further order of the Court.

_____
Honorable Leonard P. Stark
United States Magistrate Judge